# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**TIMOTHY S. MCGOVERN**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201400368**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 23 May 2014.
**Military Judge:** LtCol E.A. Harvey, USMC.
**Convening Authority:** Commanding Officer, 1st Marine Regiment, 1st Marine Division (REIN), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** Maj V.G. Laratta, USMC.
**For Appellant:** LCDR John Zelinka, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**27 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court